UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Bostonia Produce, Inc.

      v.                      Civil No. 10-cv-568-JL

Joseph Sirois

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 11, 2011, no objection having been filed.

SO ORDERED.

August 1, 2011                            _____
                                                  Joseph N. Laplante
                                                  United States District Judge

cc:    Marc W. McDonald, Esq.